UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GS HOLISTIC, LLC,**

   Plaintiff,

v.                                       **No. 4:23-cv-00768-P**

**VANWAZ, INC., ET AL.,**

   Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Dismissal Order issued this same date (ECF No. 17), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED without prejudice**.

**SO ORDERED** on this **27th day** of **March 2024.**

_signature_

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE